UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| AMERICAN PACKING AND CRATING OF GA, LLC, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. CV415-256 |
| RESIN PARTNERS, INC., ) ) | |
| Defendants. ) | |

## O R D E R

The Court having reviewed and considered the petition of Eric Jacobs of the law firm of Nexterra Law, 1691 Michigan Avenue, Suite 360, Miami, Florida 33139, for permission to appear pro hac vice on behalf of defendants Resin Partners, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Eric Jacobs, as counsel of record for defendants Resin Partners, Inc., in this case.

**SO ORDERED** this __12th__ day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA