# In the United States District Court for the Southern District of Georgia
# Savannah Division

| | |
|---|---|
| AMERICAN PACKING AND CRATING OF GA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RESIN PARTNERS, INC., a subsidiary of KETER PLASTICS, LTD., an Israeli Corporation, d/b/a KETER NORTH AMERICA, KETER NORTH AMERICA, INC., and KETER NORTH AMERICA, LLC,<br><br>Defendants. | CV 415-256 |

## ORDER

Plaintiff and Defendants have notified the Court that they have stipulated to the dismissal with prejudice of all claims by Plaintiff against Defendants in this action. Dkt. No. 53. The stipulation of dismissal complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, it is **ORDERED** that Plaintiff's claims against Defendants are in all respects dismissed with prejudice. Each party will bear its own costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 15 day of September, 2017.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HON. LISA GODBEY WOOD, JUDGE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)